# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIRK PATRICK KLINKE,
Petitioner,
vs.
CONNIE S. BISBEE; ISIDRO BACA,
WARDEN; AND THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondents.

No. 71316

FILED

NOV 1 7 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus or prohibition challenging the denial of parole. Because the claims involve issues of fact, petitioner should seek relief in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981); see also NRS 34.160; NRS 34.170; NRS 34.320. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                            Pickering

cc:     Dirk Patrick Klinke
        Attorney General/Carson City

-----

[1]We deny petitioner's motion for appointment of counsel.

16-35913